994 A.2d 1083

GIANT EAGLE, INC., Petitioner

v.

WORKERS' COMPENSATION APPEAL
BOARD (GIVNER), Respondents.

Supreme Court of Pennsylvania.

May 19, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 19 day of May 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether "compensation" must include medical benefits as well as wage loss benefits under section 314(a) of the Workers' Compensation Act.